CO-386-online
10/03

# United States District Court
# For the District of Columbia

First American Title Insurance Company  )
)
)
)
vs         Plaintiff  )   Civil Action No._____
)
Victoria Manages  )
)
)
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  First American Title Insurance Company  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  First American Title Insurance Company  which have any outstanding securities in the hands of the public:

The First American Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

424712
BAR IDENTIFICATION NO.

Michael N. Russo, Jr.
Print Name

125 West Street, 4th Floor
Address

Annapolis   Maryland   21404
City        State      Zip Code

410-268-6600
Phone Number