## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY | * | |
| | * | |
| Plaintiffs, | * | Civil Action No.: 07-cv-00280-RCL |
| v. | * | |
| VICTORIA MANAGES | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### WAIVER OF SERVICE OF SUMMONS

TO: Michael N. Russo, Jr., Esquire –VIA FAX: 410-269-8490

I acknowledge receipt of your request that I waive service of a summons in the action of *First American Title Insurance Company v. Victoria Manages* which is case number 07-cv-00280-RCL in the United States District Court for the District of Columbia. I have received a copy of the summons and complaint in the action, this instrument, and a means by which I can return the signed waiver to you and have agreed to send this form back to you by facsimile.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after March 13, 2007.

_____
Date

VICTORIA MANAGES, Defendant
Address: 1631 Sierra Sq. NO.
#204
District Heights, MD 20743
Tel. No.(202) 309-5073