**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al. | * | |
| | * | Civil Action No.: 07-280 (RCL) |
| Plaintiffs, | * | |
| v. | * | |
| VICTORIA MANAGES | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 20th day of July, 2007, that I am the attorney for record for the plaintiff in the above-entitled case; that defendant, Victoria Manages waived service of the summons and acknowledged receipt of the Summons and Complaint on March 14, 2007, a copy of which was filed with the Court. *See* Waiver of Service of Summons, dated March 14, 2007, attached hereto and incorporated herein as Exhibit A.

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

| | |
|---|---|
|     424712     | */s/ Michael N. Russo, Jr.* |
| Bar Id. Number | Michael N. Russo, Jr. |
| | Council, Baradel, Kosmerl & Nolan, P.A. |
| | 125 West Street, 4th Floor |
| | P.O. Box 2289 |
| | Annapolis, Maryland 21404 |
| | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

FIRST AMERICAN TITLE
INSURANCE COMPANY

      Plaintiffs,

v.

VICTORIA MANAGES

      Defendant

Civil Action No.: 07-cv-00280-RCL

* * * * * * * * * * * *

### WAIVER OF SERVICE OF SUMMONS

TO: Michael N. Russo, Jr., Esquire – VIA FAX: 410-269-8490

    I acknowledge receipt of your request that I waive service of a summons in the action of *First American Title Insurance Company v. Victoria Manages* which is case number 07-cv-00280-RCL in the United States District Court for the District of Columbia. I have received a copy of the summons and complaint in the action, this instrument, and a means by which I can return the signed waiver to you and have agreed to send this form back to you by facsimile.

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after March 13, 2007.

_3/14/07_
Date

VICTORIA MANAGES, Defendant
Address: 1734 Surrey Sq. Rd.
#204
District Heights, MD 20743
Tel. No. (202) 309-5073

Exhibit A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al. | * | |
| | * | Civil Action No.: 07-280 (RCL) |
| Plaintiffs, | | |
| | * | |
| v. | | |
| | * | |
| VICTORIA MANAGES | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MILITARY AFFIDAVIT**

(Certificate in Compliance with Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

  I hereby certify under penalty of perjury, this 19th day of July, 2007, that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf.

  I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United State or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by property authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a hairstylist. *See* Affidavit in Support of Search, dated July 19, 2007, attached hereto and incorporated herein as Exhibit 1.

                    */s/ Michael N. Russo, Jr.*
Michael N. Russo, Jr.
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, Maryland 21404
Attorney for Plaintiffs



# Military Search ℠

## JUDGMENT DAY INFORMATION SERVICES, INC.
PHONE: (914)776-3091          FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E- YONKERS - NY 10704

## AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against VICTORIA THEREZA MANAGES.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name VICTORIA THEREZA MANAGES, Social Security Number and date of birth, which I know because it was provided by the plaintiff's attorney COUNCIL, BARADEL, KOSMERL & NOLAN, P.A, from the books and records of the plaintiff. I conducted a diligent search of the DMDC Manpower Database at the request of said attorney.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 7/19/2007 a copy of which is attached hereto and made a part hereof, I cannot definitively state that the defendant is not on active duty in any branch of the United States military as we did provide the social security number as part of the search criteria. Resulting report asserts that based on name and date of birth only, there are no records of this individual currently on active duty in any branch of the United States military.

DATED: 7/19/2007

_____
Signature

_____
Printed Name

Sworn to before me this 19th day
Of July, 2007.

_____
Notary Public

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6096033
Qualified in Westchester County
Commission Expires 01-10-2010

Exhibit 1

Request for Military Status                                              Page 1 of 1

Department of Defense Manpower Data Center                    JUL-19-2007 12:15:15



Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| MANAGES | VICTORIA THEREZA | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. #167;#167; 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

*Report ID:BAKJINYJURF*

★ **Military Search**

SEARCH CRITERIA;

SSN: NONE
Date Of Birth: 07/07/1970

Exhibit 1