## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al. | * | |
| | * | Civil Action No.: 07-280 (RCL) |
| Plaintiffs, | * | |
| v. | * | |
| VICTORIA MANAGES | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **DEFAULT**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 14th day of March, 2007, and an affidavit on behalf of plaintiff having been filed, it is this _____ day of _____, 2007 declared that Victoria Thereza Manages, defendant herein, is in default.

Nancy M. Mayer-Whittington, Clerk

By _____

Deputy Clerk