IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY t/o/u and t/u/o MICHAEL MCINTYRE AND SUSAN MCINTYRE | * * * | |
| Plaintiffs | * | Civil Action No.: 07-280 (RCL) |
| v. | * | |
| VICTORIA MANAGES | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER AND DECREE OF DEFAULT JUDGMENT

**UPON CONSIDERATION** of Plaintiff First American Title Insurance Company's Motion for Entry of Default Judgment Against Victoria Manages, and any responses thereto, having been read and considered, it is this 28th day of September, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the Motion for Entry of Default Judgment be and is hereby **GRANTED**; and it is further

**ORDERED**, that judgment be entered in favor of First American Title Insurance Company as follows:

A.    Seventy-seven thousand, six hundred seventy-four dollars and eighty-eight cents ($77,674.88) in compensatory damages;

   B. Two thousand, six hundred ninety dollars and thirty-five cents ($2,690.35) in attorneys' fees from the underlying action in the Superior Court for the District of Columbia;

   C. Ten thousand dollars ($10,000.00) in punitive damages; and

   D. Grant any such further relief as the Court deems proper.

Signed by Royce C. Lamberth, United States District Judge, September 28, 2007.

_____